USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 7/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IMAGE PROFESSIONALS GMBH d/b/a STOCKFOOD,

Plaintiff,

-v-

SAATHI718 INC d/b/a SUPER KENNEDY FRIED CHICKEN,

Defendant.

**ORDER**

26-CV-925 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated May 6, 2026, Saathi718 Inc d/b/a Super Kennedy Fried Chicken was directed to respond to the First Amended Complaint by July 6, 2026. ECF No. 21. To date, no response has been filed. The Court *sua sponte* extends the deadline to respond to the complaint to **July 13, 2026**.

**SO ORDERED.**

Dated: July 7, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge